**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**YOONJONG FAUBUS**                                                    **PLAINTIFF**

**v.**                          **CASE NO. 4:18-CV-00678 BSM**

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security**                **DEFENDANT**

## ORDER

After *de novo* review of the entire record, including Yoonjong Faubus's objections,

United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 9] is

adopted, the Commissioner's decision is affirmed, and this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of June 2019.

_____
UNITED STATES DISTRICT JUDGE